STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LARRY L. BUTRICK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 1997

at 11 o'clock and 30 min. A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII  97 01001 DAE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. _____ |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| JON L. PIOHIA, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

Count 1

The grand jury charges that:

Beginning on or about March 25, 1996 to July 25, 1996, in Honolulu, Hawaii, within the District of Hawaii, defendant JON L. PIOHIA, did knowingly, intentionally and unlawfully conspire with others both known and unknown to the Grand Jury, to

obstruct, delay and affect commerce and the movement of articles, commodities, United States currency and other property in commerce by robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendant conspired to unlawfully take and obtain United States currency, travelers checks, credit cards, foreign currency and other property belonging to, and from the person, presence and custody of persons who appear to be tourists in the City and County of Honolulu, against the will of those persons, by means of actual and threatened force and violence to their persons.

## OVERT ACTS

In furtherance of this conspiracy, the following overt acts, in the form of robberies or attempted robberies were committed in the District of Hawaii:

| No. | Date | Location | Victim & Status | Property Taken | Method Used | Vehicle Used |
|---|---|---|---|---|---|---|
| 1 | 3/28/96 | 410 Atkinson Dr. (Ala Moana Hotel) | Eiko Kinimata Tourist, Japan | 1. Purse<br>2. $90 U.S.<br>3. $400 Travelers Checks<br>4. 8,000 Yen<br>5. Master Card<br>6. ATM Card | Forcibly removed bag from victim | Honda Maroon (stolen) |
| 2 | 5/14/96 | Aloha Tower Market Place | Ai Nakasono Tourist, Japan | 1. Purse<br>2. $43 U.S. | Drove car past victim and forcibly removed bag from victim's person | Honda Tan (stolen) |

2

| # | Date | Location | Victim | Items Taken | Method | Vehicle |
|---|------|----------|--------|-------------|--------|---------|
| 3 | 7/3/96 | Koa Avenue and Kaiulani Avenue (Hyatt Regency) | Yoshio Ono Tourist, Japan | 1. clutch bag<br>2. $600 U.S.<br>3. 120,000 yen<br>4. Visa credit card | Drove car past victim struggled for bag - victim drug under wheels of vehicle - victim's leg broken | Dodge Pickup blue (stolen) |
| 4 | 7/11/96 | 47-525 Kamehameha Highway (Noriko's Parking Lot) | Yokoi Hideo Tourist, Japan | 1. Clutch bag<br>2. $200 U.S.<br>3. 170,000 yen | Forcibly removed bag from victim - when victim struggled over bag, he was repeatedly hit and dragged - victim injured | Honda white (stolen) |
| 5 | 7/24/96 | 1200 Ala Moana Blvd. (Ward Warehouse) | Katherine Chua Tourist | 1. Purse<br>2. $200 U.S.<br>3. American Express Credit Card<br>4. Master Card | Drove vehicle past victim - grabbed bag and drug victim | Ford pickup green (stolen) |

All in violation of Title 18, United States Code, Section 1951.

### Count 2

The grand jury further charges that:

On or about March 28, 1996, in the District of Hawaii, the defendant JON L. PIOHIA, did knowingly, intentionally and unlawfully obstruct, delay, affect and attempt to obstruct, delay and affect commerce by robbery, in that the defendant unlawfully took and obtained money and property from the person and presence of Eiko Kinimata, against her will, by means of actual and threatened force, violence and fear of injury.

3

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count 3

The grand jury further charges that:

On or about May 14, 1996, in the District of Hawaii, the defendant JON L. PIOHIA, did knowingly, intentionally and unlawfully obstruct, delay, affect and attempt to obstruct, delay and affect commerce by robbery, in that the defendant unlawfully took and obtained money and property from the person and presence of Ai Nakasono, against her will, by means of actual and threatened force, violence and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count 4

The grand jury further charges that:

On or about July 3, 1996, in the District of Hawaii, the defendant JON L. PIOHIA, did knowingly, intentionally and unlawfully obstruct, delay, affect and attempt to obstruct, delay and affect commerce by robbery, in that the defendant unlawfully took and obtained money and property from the person and presence of Yoshio Ono, against his will, by means of actual and threatened force, violence and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count 5

The grand jury further charges that:

On or about July 11, 1996, in the District of Hawaii, the defendant JON L. PIOHIA, did knowingly, intentionally and unlawfully obstruct, delay, affect and attempt to obstruct, delay and affect commerce by robbery, in that the defendant unlawfully took and obtained money and property from the person and presence of Yokai Hideo, against his will, by means of actual and threatened force, violence and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

### Count 6

The grand jury further charges that:

On or about July 24, 1996, in the District of Hawaii, the defendant JON L. PIOHIA, did knowingly, intentionally and unlawfully obstruct, delay, affect and attempt to obstruct, delay and affect commerce by robbery, in that the defendant unlawfully took and obtained money and property from the person and presence of Katherine Chua, against her will, by means of actual and threatened force, violence and fear of injury.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

DATED: August 27, 1997, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

STEVEN S. ALM
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. Jon L. Piohia
"Indictment", Cr. No. _____